The Honorable Thomas S. Zilly

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| CAPNA IP CAPITAL LLC,<br><br>Plaintiff,<br><br>v.<br><br>ROOT SCIENCES LLC,<br><br>Defendant. | CASE NO. 23-cv-00282-TSZ<br><br>**STIPULATED MOTION AND ORDER TO EXTEND EXPERT TESTIMONY DISCLOSURE AND REBUTTAL EXPERT REPORT AND DISCOVERY MOTION AND COMPLETION DEADLINES** |

1.  **STIPULATION**

Defendant Root Sciences LLC and Plaintiff Capna IP Capital LLC, by and through their undersigned counsel of record, hereby respectfully request that the Court (i) extend the deadline for disclosure of reports from expert witnesses under FRCP 26(a)(2) from April 8, 2024, to 14 days after the Claim Construction Order is issued, (ii) extend the filing deadline for rebuttal expert reports from May 8, 2024, to 44 days after the Claim Construction Order is issued, (iii) extend the filing deadline for discovery motions from May 30, 2024, to 66 days after the Claim Construction Order is issued, and (iv) extend the deadline to complete discovery from July 8, 2024 to 104 days after the Claim Construction Order is issued.

In support of that request, the parties stipulate and agree as follows:

1. Good cause exists to extend these deadlines. The parties are awaiting the Court's ruling on claim construction and indefiniteness for fifteen (15) claim terms which will result in a claim construction order (the "Claim Construction Order") by the Court. These rulings and Claim Construction Order will directly impact the expert opinions and findings in the expert reports and the discovery. The expert opinions will rely heavily on the construction of the terms, and if claims or terms are found indefinite, the validity of the Asserted Patents will be in question. The ruling will also direct discovery, especially depositions and the processes in the Asserted Patents that use the claim terms. Finally, the ruling on the claim construction is critical to the comparison of the Accused Instrumentalities to the Accused Patents.

2. The parties agree that the following deadlines should be extended:

    a. Extend the deadline for disclosure of reports from expert witnesses under FRCP 26(a)(2) from April 8, 2024, to fourteen (14) days after the Claim Construction Order is issued.

    b. Extend the filing deadline for rebuttal expert reports from May 8, 2024, to forty-four (44) days after the Claim Construction Order is issued.

    c. Extend the filing deadline for discovery motions from May 30, 2024, to sixty-six (66) days after the Claim Construction Order is issued.

    d. Extend the deadline to complete discovery from July 8, 2024, to one hundred four (104) days after the Claim Construction Order is issued.

3. The requested extensions of time for these deadlines will not affect any other case deadlines or the trial date.

4. For the foregoing reasons, the parties respectfully request that the Court enter the subjoined Order below extending these deadlines.

IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.

DATED: April 1, 2024

s/David A. Lowe
Attorneys for Capna IP Capital LLC

Lowe Graham Jones<sup>PLLC</sup>
s/David A. Lowe, WSBA No. 24453
Lowe@LoweGrahamJones.com
s/Lawrence D. Graham, WSBA No. 25402
Graham@LoweGrahamJones.com
1325 Fourth Avenue, Suite 1130
Seattle, WA 98101
T: 206.381.3300

Of Counsel (*pro hac vice* to be filed):

Joseph J. Zito
WHITESTONE LAW
1850 Tower Crescent Plaza, Suite 550
Tysons, Virginia 22182
jzito@whitestone.law
202-466-3500

DATED: April 1, 2024

s/Mark G. Emde
Attorneys for Root Sciences LLC

BLOCK45 LEGAL LLC
Mark Emde
WSBA #58961
Block45 Legal
5608 17th Ave. NW, Suite 1684
Seattle, WA 98107
720-307-2729
Mark.emde@block45legal.com

STIPULATED MOTION TO EXTEND
CASE NUMBER 23-CV-00282-TSZ - 3

**ORDER**

Based on the foregoing stipulation of the parties, IT IS HEREBY ORDERED that:

1. The deadline for disclosure of reports from expert witnesses under FRCP 26(a)(2) shall be extended from April 8, 2024, to fourteen (14) days after the Claim Construction Order is issued;

2. The filing deadline for rebuttal expert reports shall be extended from May 8, 2024, to forty-four (44) days after the Claim Construction Order is issued;

3. The filing deadline for discovery motions shall be extended from May 30, 2024, to sixty-six (66) days after the Claim Construction Order is issued; and

4. The deadline to complete discovery shall be extended from July 8, 2024 to one hundred four (104) days after the Claim Construction Order is issued.

DATED: April 4, 2024

_____
The Honorable Judge Thomas S. Zilly
United States District Court Judge