The Honorable Thomas S. Zilly

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| CAPNA IP CAPITAL LLC,<br><br>        Plaintiff,<br><br>v.<br><br>ROOT SCIENCES LLC,<br><br>        Defendant. | CASE NO. 23-cv-00282-TSZ<br><br>**MOTION TO COMPEL DISCOVERY AND REQUEST FOR SANCTIONS** |

**EXHIBIT 1**

| | |
|---|---|
| **Subject:** | 2:23-cv-00282-TSZ Capna IP Capital LLC v. Root Sciences LLC - Initial Disclosures |
| **Date:** | Friday, November 10, 2023 at 10:15:57 AM Mountain Standard Time |
| **From:** | Mark Emde |
| **To:** | Lowe@LoweGrahamJones.com, Larry Graham (graham@lowegrahamjones.com), litdocketing@lowegrahamjones.com, Clement Hayes, Sanford Warren, William Kellen, Scott Rhoades, Laura Dail, IP Inbox |
| **Attachments:** | image001.png, image002.png, ROOT 000001-ROOT 000002.pdf, ROOT 000003-ROOT 000010.pdf, ROOT 000011-ROOT 000023.pdf, Root Sciences Rule 26 Initial Disclosures.pdf |

Dear Counsel,

Please see the attached service of Initial Disclosures and corresponding documents for the above-noted case.

Thanks,



Patent Attorney
Block45 Legal
720-307-2729



CONFIDENTIALITY NOTICE electronic mail transmission and any attachments contain information belonging to the sender which may be confidential and legally privileged. This information is intended only for the use of the individual or entity to whom this electronic mail transmission was sent as indicated above. If you are not the intended recipient, any disclosure, copying, distribution, or action taken in reliance on the contents of the information contained in this transmission is strictly prohibited. If you have received this transmission in error, please immediately inform me by "reply" email and delete the message. Thank you.

Our services are strictly limited to advisement under State law. All activities related to marijuana are illegal under the federal laws of the United States. Nothing contained herein nor any of our services are intended to assist or facilitate violation of any federal law in any way.