UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| CAPNA IP CAPITAL LLC,<br><br>        Plaintiff,<br><br>v.<br><br>ROOT SCIENCES LLC,<br><br>        Defendant. | CASE NO. 23-cv-00282-TSZ<br><br>**MOTION TO COMPEL DISCOVERY AND REQUEST FOR SANCTIONS** |

# EXHIBIT 2

**Subject:** Re: CAPNA IP CAPITAL LLC v. ROOT SCIENCES LLC - Initial Disclosure
**Date:** Tuesday, April 30, 2024 at 1:49:17 PM Mountain Daylight Time
**From:** Mark Emde
**To:** Joseph J Zito, Clement Hayes, IP Inbox, Larry Graham, David Lowe, Erik Lund, Litigation, Jessica Johnson
**Attachments:** image001.png, image002.png, image001.png, image002.png

Counsel,

I would like to follow up with you regarding the initial disclosures. Do you have a timeframe when we should expect the documents and things in your possession, custody, or control for disclosure?

Thanks,

Mark Emde
Patent Attorney
Block45 Legal
720-307-2729



CONFIDENTIALITY NOTICE electronic mail transmission and any attachments contain information belonging to the sender which may be confidential and legally privileged. This information is intended only for the use of the individual or entity to whom this electronic mail transmission was sent as indicated above. If you are not the intended recipient, any disclosure, copying, distribution, or action taken in reliance on the contents of the information contained in this transmission is strictly prohibited. If you have received this transmission in error, please immediately inform me by "reply" email and delete the message. Thank you.

Our services are strictly limited to advisement under State law. All activities related to marijuana are illegal under the federal laws of the United States. Nothing contained herein nor any of our services are intended to assist or facilitate violation of any federal law in any way.

**From:** Mark Emde <mark.emde@block45legal.com>
**Date:** Thursday, April 18, 2024 at 3:59 PM
**To:** Joseph J Zito <jzito@whitestone.law>, Clement Hayes <Clement@block45legal.com>, IP Inbox <ipinbox@block45legal.com>, Larry Graham <graham@lowegrahamjones.com>, David Lowe <lowe@lowegrahamjones.com>, Erik Lund <elund@whitestone.law>, Litigation <litigation@whitestone.law>
**Subject:** Re: CAPNA IP CAPITAL LLC v. ROOT SCIENCES LLC - Initial Disclosure

Counsel,

It has now been months since our last communication regarding initial disclosures, and we are yet to receive any documents.

In section 2 of your Rule 26(a)(I) initial disclosures, you provided a list of documents and things in

your possession, custody, or control for disclosure. Although a protective order and confidentiality agreement are currently in place, you have yet to disclose such documents. Please immediately provide the following list of documents or advise on when those will be provided:
1. Documents relating to Plaintiff's development of the patents and the underlying process, processing and equipment that are the subject of this matter.
2. Documents relating to the patents that are the subject of this matter.
3. Documents relating to the Plaintiff's structure and operations.
4. Documents relating to Plaintiff's financial and accounting records.
5. Documents relating to the accused infringement.

I believe you indicated that those documents were being produced back on January 31, 2024. Hopefully, we will receive these documents soon.

Thanks,



Patent Attorney
Block45 Legal
720-307-2729



CONFIDENTIALITY NOTICE electronic mail transmission and any attachments contain information belonging to the sender which may be confidential and legally privileged. This information is intended only for the use of the individual or entity to whom this electronic mail transmission was sent as indicated above. If you are not the intended recipient, any disclosure, copying, distribution, or action taken in reliance on the contents of the information contained in this transmission is strictly prohibited. If you have received this transmission in error, please immediately inform me by "reply" email and delete the message. Thank you.

Our services are strictly limited to advisement under State law. All activities related to marijuana are illegal under the federal laws of the United States. Nothing contained herein nor any of our services are intended to assist or facilitate violation of any federal law in any way.

**From:** Mark Emde <mark.emde@block45legal.com>
**Date:** Wednesday, January 31, 2024 at 11:54 AM
**To:** Joseph J Zito <jzito@whitestone.law>, Clement Hayes <Clement@block45legal.com>, William Kellen <william.kellen@block45legal.com>, IP Inbox <ipinbox@block45legal.com>, Larry Graham <graham@lowegrahamjones.com>, David Lowe <lowe@lowegrahamjones.com>, Erik Lund <elund@whitestone.law>, Litigation <litigation@whitestone.law>
**Subject:** Re: CAPNA IP CAPITAL LLC v. ROOT SCIENCES LLC - Initial Disclosure

Dear Counsel,

Please provide copies of any documents referenced in your 26(a)(1) disclosure. Your disclosure has failed to adequately describe any particular category of documents, and fails to identify the location of any such documents entirely. If documents are not provided in short order, then we will assume that your disclosure has affirmatively identified zero documents which your client believes are responsive to the disclosure requirement. Further, a protective order has already been

submitted, so please provide documents accordingly.

Thanks,

**Mark Emde** 
Patent Attorney
Block45 Legal
720-307-2729



CONFIDENTIALITY NOTICE electronic mail transmission and any attachments contain information belonging to the sender which may be confidential and legally privileged. This information is intended only for the use of the individual or entity to whom this electronic mail transmission was sent as indicated above. If you are not the intended recipient, any disclosure, copying, distribution, or action taken in reliance on the contents of the information contained in this transmission is strictly prohibited. If you have received this transmission in error, please immediately inform me by "reply" email and delete the message. Thank you.

Our services are strictly limited to advisement under State law. All activities related to marijuana are illegal under the federal laws of the United States. Nothing contained herein nor any of our services are intended to assist or facilitate violation of any federal law in any way.

---

**From:** Joseph J Zito <jzito@whitestone.law>
**Date:** Monday, January 29, 2024 at 6:35 AM
**To:** Mark Emde <mark.emde@block45legal.com>, Clement Hayes <Clement@block45legal.com>, William Kellen <william.kellen@block45legal.com>, IP Inbox <ipinbox@block45legal.com>, Larry Graham <graham@lowegrahamjones.com>, David Lowe <lowe@lowegrahamjones.com>, Erik Lund <elund@whitestone.law>, Litigation <litigation@whitestone.law>
**Subject:** Re: CAPNA IP CAPITAL LLC v. ROOT SCIENCES LLC - Initial Disclosure


```
Joseph J. Zito
WHITESTONE LAW
Suite 550
1850 Towers Crescent Plaza
Tysons, Virginia 22182
jzito@whitestone.law
202-466-3500
```
On 1/18/2024 6:03 PM, Mark Emde wrote:
> Counsel,
>
> Just bringing this to the top of your inbox, as we haven't received a response regarding your client's initial disclosures.
>
> Thanks,


Patent Attorney
Block45 Legal
720-307-2729



CONFIDENTIALITY NOTICE electronic mail transmission and any attachments contain information belonging to the sender which may be confidential and legally privileged. This information is intended only for the use of the individual or entity to whom this electronic mail transmission was sent as indicated above. If you are not the intended recipient, any disclosure, copying, distribution, or action taken in reliance on the contents of the information contained in this transmission is strictly prohibited. If you have received this transmission in error, please immediately inform me by "reply" email and delete the message. Thank you.

Our services are strictly limited to advisement under State law. All activities related to marijuana are illegal under the federal laws of the United States. Nothing contained herein nor any of our services are intended to assist or facilitate violation of any federal law in any way.

---

**From:** Mark Emde <mark.emde@block45legal.com>
**Date:** Monday, January 8, 2024 at 11:49 AM
**To:** Clement Hayes <Clement@block45legal.com>, William Kellen <william.kellen@block45legal.com>, IP Inbox <ipinbox@block45legal.com>, Larry Graham <graham@lowegrahamjones.com>, David Lowe <lowe@lowegrahamjones.com>, Erik Lund <elund@whitestone.law>, Litigation <litigation@whitestone.law>, Joseph J Zito <jzito@whitestone.law>
**Subject:** CAPNA IP CAPITAL LLC v. ROOT SCIENCES LLC - Initial Disclosure

Counsel,

Just a reminder that we provided our disclosures on November 10, 2023, please advise when you will be providing your disclosures.

Thanks,


Patent Attorney
Block45 Legal
720-307-2729



CONFIDENTIALITY NOTICE electronic mail transmission and any attachments contain information belonging to the sender which may be confidential and legally privileged. This information is intended only for the use of the individual or entity to whom this electronic mail transmission was sent as indicated above. If you are not the intended recipient, any disclosure, copying, distribution, or action taken in reliance on the contents of the information contained in this transmission is strictly prohibited. If you have received this transmission in error, please immediately inform me by "reply" email and delete the message. Thank you.

Our services are strictly limited to advisement under State law. All activities related to marijuana are illegal under the federal laws of the United States. Nothing contained herein nor any of our services are intended to assist or facilitate violation of any federal law

in any way.