The Honorable Thomas S. Zilly

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

CAPNA IP CAPITAL LLC,

        Plaintiff,

v.

ROOT SCIENCES LLC,

        Defendant.

CASE NO. 23-cv-00282-TSZ

**MOTION TO COMPEL DISCOVERY
AND REQUEST FOR SANCTIONS**

**<u>EXHIBIT 4</u>**

| | |
|---|---|
| **Subject:** | Re: CAPNA IP CAPITAL LLC v. ROOT SCIENCES LLC - Discovery |
| **Date:** | Friday, May 31, 2024 at 2:10:24 PM Mountain Daylight Time |
| **From:** | Mark Emde |
| **To:** | Joseph Zito |
| **CC:** | bdeming@dnlzito.com, elund@dnlzito.com, Clement Hayes, IP Inbox, Larry Graham, David Lowe, Litigation, Jessica Johnson, Elsbeth Norman |
| **Attachments:** | image001.png, image002.png |

Counsel,

Thank you for sending the unverified response to our first set of interrogatories, even if a few days after the deadline, we appreciate it.

As we still have not received anything related to the request for production, other than the documents that might be applicable from the initial disclosures, without an official response, we would like to point out the documents that are at least missing from your provided interrogatory response. For brevity and confidentiality in disclosures, please find the documents that have not been provided to Root thus far.

- In Interrogatory No. 2 you state "All such agreements, to the extent that any exist have been and are being produced as part of the document production." To date, none of these documents have been produced to Root.
- In Interrogatory No. 3 you state "Non-privileged documents have been produced." To date, none of these documents have been produced to Root.
- In Interrogatory No. 10 you state "A list of all letters has been submitted in discovery, along with a spreadsheet keeping track of responses and communications." To date, none of these documents have been produced to Root.
- In Interrogatory No. 12 you state "All prior license agreements have been submitted in discovery." To date, none of these documents have been produced to Root.
- In Interrogatory No. 14 you state "Records already located have been produced." To date, none of these documents have been produced to Root.
- In Interrogatory No. 17 you state "Documents related to this exchange have been produced." To date, none of these documents have been produced to Root.

When should we expect to see the documents referenced in your provided interrogatory response?

Finally, when should we expect to have verified answers?

Thanks,



**Mark Emde**
Patent Attorney
Block45 Legal
720-307-2729



CONFIDENTIALITY NOTICE electronic mail transmission and any attachments contain information belonging to the sender which may be confidential and legally privileged. This information is intended only for the use of the individual or entity to whom this electronic mail transmission was sent as indicated above. If you are not the intended recipient, any disclosure, copying, distribution, or action taken in reliance on the contents of the information contained in this transmission is strictly prohibited. If you have received this transmission in error, please immediately inform me by "reply" email and delete the message. Thank you.

Our services are strictly limited to advisement under State law. All activities related to marijuana are illegal under the federal laws of the United States. Nothing contained herein nor any of our services are intended to assist or facilitate violation of any federal law in any way.

---

**From:** Joseph Zito <jzito@dnlzito.com>
**Date:** Thursday, May 30, 2024 at 11:11 PM
**To:** Mark Emde <mark.emde@block45legal.com>
**Cc:** bdeming@dnlzito.com <bdeming@dnlzito.com>, elund@dnlzito.com <elund@dnlzito.com>, Clement Hayes <Clement@block45legal.com>, IP Inbox <ipinbox@block45legal.com>, Larry Graham <graham@lowegrahamjones.com>, David Lowe <lowe@lowegrahamjones.com>, Litigation <litigation@whitestone.law>, Jessica Johnson <jessica.johnson@block45legal.com>, Elsbeth Norman <enorman@whitestone.law>
**Subject:** Re: CAPNA IP CAPITAL LLC v. ROOT SCIENCES LLC - Discovery

The name change was initiated this week. Once all of the paperwork has been received from the Secretary of State, we intend to submit a name change. We wanted to make certain that you were timely notified.

```
Joseph J. Zito
DNL WHITESTONE 7170
1250 Connecticut Avenue, NW
Suite 700
Washington, DC 20036
202-466-3500
jzito@dnlzito.com
```

On 5/31/2024 12:58 AM, Mark Emde wrote:

> Counsel,
>
> Again, we ask, has there been a name change of your client that we should be informed about? We have not seen anything filed with the Court related to Global IP Holdings.
>
> Thanks,
>
> **Mark Emde** 
> Patent Attorney
> Block45 Legal

720-307-2729



CONFIDENTIALITY NOTICE electronic mail transmission and any attachments contain information belonging to the sender which may be confidential and legally privileged. This information is intended only for the use of the individual or entity to whom this electronic mail transmission was sent as indicated above. If you are not the intended recipient, any disclosure, copying, distribution, or action taken in reliance on the contents of the information contained in this transmission is strictly prohibited. If you have received this transmission in error, please immediately inform me by "reply" email and delete the message. Thank you.

Our services are strictly limited to advisement under State law. All activities related to marijuana are illegal under the federal laws of the United States. Nothing contained herein nor any of our services are intended to assist or facilitate violation of any federal law in any way.

**From:** Joseph Zito <jzito@dnlzito.com>
**Date:** Thursday, May 30, 2024 at 10:42 PM
**To:** Mark Emde <mark.emde@block45legal.com>
**Cc:** bdeming@dnlzito.com <bdeming@dnlzito.com>, elund@dnlzito.com <elund@dnlzito.com>, Clement Hayes <Clement@block45legal.com>, IP Inbox <ipinbox@block45legal.com>, Larry Graham <graham@lowegrahamjones.com>, David Lowe <lowe@lowegrahamjones.com>, Litigation <litigation@whitestone.law>, Jessica Johnson <jessica.johnson@block45legal.com>, Elsbeth Norman <enorman@whitestone.law>
**Subject:** Re: CAPNA IP CAPITAL LLC v. ROOT SCIENCES LLC - Discovery

Attached are the Unverified Answers to your first set of interrogatories. We will served verified copies when executed. We do not anticipate any changes but again note that the attached is unverified.

Additional documents are being prepared for service.

```
Joseph J. Zito
DNL ZITO CASTELLANO
1250 Connecticut Avenue, NW
Suite 700
Washington, DC 20036
202-466-3500
jzito@dnlzito.com
```

On 5/29/2024 2:49 PM, Mark Emde wrote:

> Counsel,
>
> Has there been a name change of your client that we should be informed about? We have not seen anything filed with the Court related to Global IP Holdings.
>
> Thanks,

**Mark Emde** 
Patent Attorney
Block45 Legal
720-307-2729



CONFIDENTIALITY NOTICE electronic mail transmission and any attachments contain information belonging to the sender which may be confidential and legally privileged. This information is intended only for the use of the individual or entity to whom this electronic mail transmission was sent as indicated above. If you are not the intended recipient, any disclosure, copying, distribution, or action taken in reliance on the contents of the information contained in this transmission is strictly prohibited. If you have received this transmission in error, please immediately inform me by "reply" email and delete the message. Thank you.

Our services are strictly limited to advisement under State law. All activities related to marijuana are illegal under the federal laws of the United States. Nothing contained herein nor any of our services are intended to assist or facilitate violation of any federal law in any way.

**From:** Joseph Zito <jzito@dnlzito.com>
**Date:** Wednesday, May 29, 2024 at 11:21 AM
**To:** Mark Emde <mark.emde@block45legal.com>, Elsbeth Norman <enorman@whitestone.law>
**Cc:** Clement Hayes <Clement@block45legal.com>, IP Inbox <ipinbox@block45legal.com>, Larry Graham <graham@lowegrahamjones.com>, David Lowe <lowe@lowegrahamjones.com>, Erik Lund <elund@whitestone.law>, Litigation <litigation@whitestone.law>, Jessica Johnson <jessica.johnson@block45legal.com>
**Subject:** Re: CAPNA IP CAPITAL LLC v. ROOT SCIENCES LLC - Discovery

More to follow.

On 5/29/2024 12:38 PM, Mark Emde wrote:

> Counsel,
>
> You did not provide anything new last week after our conferral and we did not hear any communications from you regarding another delay in providing responses and documents.
>
> The only response you sent in relation to the initial disclosures was on January 29th, 2024, which lacked all the documents and information related to location of

documents. On May 9<sup>th</sup>, you did send a link but have not provided a certificate of service related to the documents sent or further information related to the disclosure.

We are yet to receive a Rule 34 Certificate of Service or Response for the Request for Production that was due April 29<sup>th</sup>, 2024.  No documents have been produced for the 54 items requested, other than those that might be considered initial disclosures.

All of the below remains to be true, unanswered, and unaccounted for.

Thanks,

**Mark Emde** 
Patent Attorney
Block45 Legal
720-307-2729



CONFIDENTIALITY NOTICE electronic mail transmission and any attachments contain information belonging to the sender which may be confidential and legally privileged.  This information is intended only for the use of the individual or entity to whom this electronic mail transmission was sent as indicated above.  If you are not the intended recipient, any disclosure, copying, distribution, or action taken in reliance on the contents of the information contained in this transmission is strictly prohibited.  If you have received this transmission in error, please immediately inform me by "reply" email and delete the message.  Thank you.

Our services are strictly limited to advisement under State law.  All activities related to marijuana are illegal under the federal laws of the United States.  Nothing contained herein nor any of our services are intended to assist or facilitate violation of any federal law in any way.

**From:** Joseph Zito <jzito@dnlzito.com>
**Date:** Wednesday, May 29, 2024 at 10:20 AM
**To:** Mark Emde <mark.emde@block45legal.com>, Elsbeth Norman <enorman@whitestone.law>
**Cc:** Clement Hayes <Clement@block45legal.com>, IP Inbox <ipinbox@block45legal.com>, Larry Graham <graham@lowegrahamjones.com>, David Lowe <lowe@lowegrahamjones.com>, Erik Lund <elund@whitestone.law>, Litigation <litigation@whitestone.law>, Jessica Johnson <jessica.johnson@block45legal.com>

**Subject:** Re: CAPNA IP CAPITAL LLC v. ROOT SCIENCES LLC - Discovery

We provided documents and responses, I will get back to you late today on the issues you cite below.

On 5/28/2024 6:11 PM, Mark Emde wrote:

> Counsel,
>
> We conferred on Monday, May 20th, 2024, and discussed the following:
>
> - We have not received a Rule 26 Certificate of Service for the Initial Disclosure documents that were finally disclosed from our requests starting in January 2024 for initial disclosures that were eventually disclosed on May 9th, 2024.
> - We have not received a Rule 34 Certificate of Service or Response for the Request for Production that was due April 29th, 2024.
> - We have not received any documents in our Request for Production, other than those provided for Initial Disclosures.
> - Your position on a Motion to Compel, where you disclosed that we should file the motion if we do not receive documents from you by Friday, May 24th, 2024, and no objection was voiced.
> - That you would provide all of the above on Friday, May 24th, 2024.
>
> We have not received any documents from you and have not received any communication from you throughout last week letting us know that another delay is occurring. Per our conferral, we will be filing a Motion to Compel, seeking sanctions.
>
> Thanks,
>
> Mark Emde
> Patent Attorney
> Block45 Legal
> 720-307-2729



CONFIDENTIALITY NOTICE electronic mail transmission and any attachments contain information belonging to the sender which may be confidential and legally privileged. This information is intended only for the use of the individual or entity to whom this electronic mail transmission was sent as indicated above. If you are not the intended recipient, any disclosure, copying, distribution, or action taken in reliance on the contents of the information contained in this transmission is strictly prohibited. If you have received this transmission in error, please immediately inform me by "reply" email and delete the message. Thank you.

Our services are strictly limited to advisement under State law. All activities related to marijuana are illegal under the federal laws of the United States. Nothing contained herein nor any of our services are intended to assist or facilitate violation of any federal law in any way.

**From:** Mark Emde <mark.emde@block45legal.com>
**Date:** Monday, May 20, 2024 at 12:10 PM
**To:** Joseph J. Zito <jzito@dnlzito.com>, Elsbeth Norman <enorman@whitestone.law>
**Cc:** Clement Hayes <Clement@block45legal.com>, IP Inbox <ipinbox@block45legal.com>, Larry Graham <graham@lowegrahamjones.com>, David Lowe <lowe@lowegrahamjones.com>, Erik Lund <elund@whitestone.law>, Litigation <litigation@whitestone.law>, Jessica Johnson <jessica.johnson@block45legal.com>
**Subject:** Re: CAPNA IP CAPITAL LLC v. ROOT SCIENCES LLC - Discovery

Counsel,

That will work for us.

Thanks,


Patent Attorney
Block45 Legal

720-307-2729



CONFIDENTIALITY NOTICE electronic mail transmission and any attachments contain information belonging to the sender which may be confidential and legally privileged. This information is intended only for the use of the individual or entity to whom this electronic mail transmission was sent as indicated above. If you are not the intended recipient, any disclosure, copying, distribution, or action taken in reliance on the contents of the information contained in this transmission is strictly prohibited. If you have received this transmission in error, please immediately inform me by "reply" email and delete the message. Thank you.

Our services are strictly limited to advisement under State law. All activities related to marijuana are illegal under the federal laws of the United States. Nothing contained herein nor any of our services are intended to assist or facilitate violation of any federal law in any way.

**From:** Joseph J. Zito <u>&lt;jzito@dnlzito.com&gt;</u>
**Date:** Monday, May 20, 2024 at 9:44 AM
**To:** Mark Emde <u>&lt;mark.emde@block45legal.com&gt;</u>, Elsbeth Norman <u>&lt;enorman@whitestone.law&gt;</u>
**Cc:** Clement Hayes <u>&lt;Clement@block45legal.com&gt;</u>, IP Inbox <u>&lt;ipinbox@block45legal.com&gt;</u>, Larry Graham <u>&lt;graham@lowegrahamjones.com&gt;</u>, David Lowe <u>&lt;lowe@lowegrahamjones.com&gt;</u>, Erik Lund <u>&lt;elund@whitestone.law&gt;</u>, Litigation <u>&lt;litigation@whitestone.law&gt;</u>, Jessica Johnson <u>&lt;jessica.johnson@block45legal.com&gt;</u>
**Subject:** Re: CAPNA IP CAPITAL LLC v. ROOT SCIENCES LLC - Discovery

Will today at 4PM Eastern work for you?

Joseph Zito is inviting you to a scheduled Zoom meeting.

Topic: Root Discovery Discussion
Time: May 20, 2024 04:00 PM Eastern Time (US and Canada)

Join Zoom Meeting
https://us06web.zoom.us/j/81928529312?
pwd=1d0mmLQ7VL6dfaWqxXokbTI94AwX9
B.1

Meeting ID: 819 2852 9312
Passcode: 689842

Meeting ID: 819 2852 9312
Passcode: 689842

Find your local number:
https://us06web.zoom.us/u/kb9fNBJf29

```
Joseph J. Zito
DNL ZITO CASTELLANO
1250 Connecticut Avenue, NW
Suite 700
Washington, DC 20036
202-466-3500
```
On 5/16/2024 5:58 PM, Mark Emde wrote:

> Counsel,
>
> We can also schedule tomorrow, if
> that is more convenient for you.
>
> Thanks,
>
> **Mark Emde** 
> Patent Attorney
> Block45 Legal
> 720-307-2729

CONFIDENTIALITY NOTICE electronic mail
transmission and any attachments contain
information belonging to the sender which may be
confidential and legally privileged. This information
is intended only for the use of the individual or entity
to whom this electronic mail transmission was sent as
indicated above. If you are not the intended
recipient, any disclosure, copying, distribution, or
action taken in reliance on the contents of the
information contained in this transmission is strictly
prohibited. If you have received this transmission in
error, please immediately inform me by "reply" email
and delete the message. Thank you.

Our services are strictly limited to advisement under
State law. All activities related to marijuana are illegal
under the federal laws of the United States. Nothing
contained herein nor any of our services are intended

to assist or facilitate violation of any federal law in any way.

---

**From:** Joseph Zito <jzito@whitestone.law>
**Date:** Thursday, May 16, 2024 at 3:11 PM
**To:** Mark Emde <mark.emde@block45legal.com>, Elsbeth Norman <enorman@whitestone.law>
**Cc:** Clement Hayes <Clement@block45legal.com>, IP Inbox <ipinbox@block45legal.com>, Larry Graham <graham@lowegrahamjones.com>, David Lowe <lowe@lowegrahamjones.com>, Erik Lund <elund@whitestone.law>, Litigation <litigation@whitestone.law>, Jessica Johnson <jessica.johnson@block45legal.com>
**Subject:** Re: CAPNA IP CAPITAL LLC v. ROOT SCIENCES LLC - Discovery

We will provide availability shortly, We have a hearing on Mandy and will try to work around.

```
Joseph J. Zito
WHITESTONE LAW
1850 Tower Crescent Plaza
Suite 550
Tysons, Virginia 22182
202-466-3500
```

On 5/16/2024 5:06 PM, Mark Emde wrote:

> Counsel,

We have not heard from you about our last email regarding missing discovery/documents or scheduling a conferral in regard to a motion to compel.

Please provide your availability on Monday, May 20th, for a conferral.  If we do not hear from you in regard to scheduling a conferral, we are left to assume that you are willfully refusing to confer or failing to confer in good faith, as you have now failed to respond on a timely basis to our request to confer.

Thanks,

**Mark Emde** 
Patent Attorney
Block45 Legal
720-307-2729

CONFIDENTIALITY NOTICE electronic mail transmission and any attachments contain information belonging to the sender which may be confidential and legally privileged.  This information is intended only for the use of the individual or entity to whom this electronic mail transmission was sent as indicated above.  If you are not the intended recipient, any disclosure, copying, distribution, or action taken in reliance on the contents of the information contained in this transmission is strictly prohibited. If you have received this

transmission in error, please immediately inform me by "reply" email and delete the message. Thank you.

Our services are strictly limited to advisement under State law. All activities related to marijuana are illegal under the federal laws of the United States. Nothing contained herein nor any of our services are intended to assist or facilitate violation of any federal law in any way.

---

**From:** Mark Emde [mark.emde@block45legal.com](mailto:mark.emde@block45legal.com)
**Date:** Monday, May 13, 2024 at 2:23 PM
**To:** Elsbeth Norman [enorman@whitestone.law](mailto:enorman@whitestone.law), Joe Zito [jzito@whitestone.law](mailto:jzito@whitestone.law)
**Cc:** Clement Hayes [Clement@block45legal.com](mailto:Clement@block45legal.com), IP Inbox [ipinbox@block45legal.com](mailto:ipinbox@block45legal.com), Larry Graham [graham@lowegrahamjones.com](mailto:graham@lowegrahamjones.com), David Lowe [lowe@lowegrahamjones.com](mailto:lowe@lowegrahamjones.com), Erik Lund [elund@whitestone.law](mailto:elund@whitestone.law), Litigation [litigation@whitestone.law](mailto:litigation@whitestone.law), Jessica Johnson [jessica.johnson@block45legal.com](mailto:jessica.johnson@block45legal.com)
**Subject:** Re: CAPNA IP CAPITAL

LLC v. ROOT
SCIENCES LLC -
Discovery

Counsel,

We received your link
for some of the
document
production.  When
should we expect the
rest of the documents
according to the
Federal and Local
Rules? Specifically the
following:
- Response in
  accordance
  with rule 34
- Initial
  Disclosures -
  Documents
  relating to the
  Plaintiff's
  structure and
  operations.
- Initial
  Disclosures -
  Documents
  relating to the
  accused
  infringement.
- Most of the
  items from the
  first set of
  request for
  production, as a
  majority of the
  items have not
  been provided.

You are now two
weeks late for
production and even
longer for initial
disclosures.  Please
provide documents by

End of Day tomorrow. If documents are not provided, we will file a motion to compel.  If the motion is filed, we will be seeking sanctions from the Court. Please advise whether the documents will be produced or provide a few times for Wednesday or Thursday to confer on your stance on the motion.

This is getting a little absurd in how much action we are being required to do to run your case for you.  If you are not going to follow deadlines, requests, and act in good-faith and with professionalism, then please dismiss the case.

Thanks,



Mark Emde

Patent Attorney
Block45 Legal
720-307-2729

CONFIDENTIALITY NOTICE electronic mail transmission and any attachments contain information belonging to the sender which may be confidential and legally privileged.  This information is intended only for the use of the individual or entity to whom this electronic mail transmission was sent as indicated above.  If you are not the intended

recipient, any disclosure, copying, distribution, or action taken in reliance on the contents of the information contained in this transmission is strictly prohibited. If you have received this transmission in error, please immediately inform me by "reply" email and delete the message. Thank you.

Our services are strictly limited to advisement under State law. All activities related to marijuana are illegal under the federal laws of the United States. Nothing contained herein nor any of our services are intended to assist or facilitate violation of any federal law in any way.

---

**From:** Elsbeth Norman [<enorman@whitestone.law>](mailto:enorman@whitestone.law)
**Date:** Thursday, May 9, 2024 at 9:51 AM
**To:** Joe Zito [<jzito@whitestone.law>](mailto:jzito@whitestone.law)
**Cc:** Mark Emde [<mark.emde@block45legal.com>](mailto:mark.emde@block45legal.com), Clement Hayes [<Clement@block45legal.com>](mailto:Clement@block45legal.com), IP Inbox [<ipinbox@block45legal.com>](mailto:ipinbox@block45legal.com), Larry Graham [<graham@lowegrahamjones.com>](mailto:graham@lowegrahamjones.com), David Lowe [<lowe@lowegrahamjones.com>](mailto:lowe@lowegrahamjones.com), Erik Lund [<elund@whitestone.law>](mailto:elund@whitestone.law), Litigation [<litigation@whitesto](mailto:litigation@whitesto)

ne.law>, Jessica Johnson <jessica.johnson@block45legal.com>

**Subject:** Re: CAPNA IP CAPITAL LLC v. ROOT SCIENCES LLC - Discovery

Counsel,

I've attached a link to a dropbox folder where we'll be uploading our documents.

https://www.dropbox.com/scl/fo/ohsy1pbu762l7w8tvv3ar/AEt1LUPIxUsuy1-8ltR7ilU?rlkey=pi4ss5myhjiwicdmub3afjecn&st=oocwmpnk&dl=0

Elsbeth Norman
Paralegal
Whitestone Law, PLLC
1850 Towers Crescent Plaza | Suite 550
Tysons, VA 22182
T: +1 (703) 261-9101
F: +1 (703) 890-9418

On Wed, May 8, 2024 at 3:01 PM Joe Zito <jzito@whitestone.law> wrote:

Status almost completed.  Sorry for the delay.

Joseph J Zito
WHITESTONE LAW
Washington, DC
202-466-3500

On Wed, May 8, 2024, 2:11 PM Mark Emde <[mark.emde@block45legal.com](mailto:mark.emde@block45legal.com)> wrote:

> Counsel,
>
> We requested a status yesterday regarding the discovery that was supposed to be delivered to us Monday, that is now a week and a half late for the production request and months late for the initial discoveries. When should we expect these?
>
> Please provide your availability for Thursday or Friday for a conferral regarding a motion to compel.
>
> Thanks,

**Mark Emde**

**Error! Filename not specified.**

Patent Attorney
Block45 Legal
720-307-2729

**Error! Filename not specified.**

CONFIDENTIALITY NOTICE electronic mail transmission and any attachments contain information belonging to the sender which may be confidential and legally privileged. This information is intended only for the use of the individual or entity to whom this electronic mail transmission was sent as indicated above. If you are not the intended recipient, any disclosure, copying, distribution, or action taken in reliance on the contents of the information contained in this transmission is strictly prohibited. If you have received this transmission in error, please immediately inform me by "reply" email and delete the message. Thank you.

Our services are strictly limited to advisement under State law. All activities related to marijuana are illegal under the federal laws of the United States. Nothing contained herein nor any of our services are intended to assist or facilitate violation of any federal law in any way.

**From:** Mark Emde <mark.emde@block45legal.com>
**Date:** Tuesday, May 7, 2024 at 10:31 AM

**To:** Elsbeth Norman [<enorman@whitestone.law>](mailto:enorman@whitestone.law)
**Cc:** Joe Zito [<jzito@whitestone.law>](mailto:jzito@whitestone.law), Clement Hayes [<Clement@block45legal.com>](mailto:Clement@block45legal.com), IP Inbox [<ipinbox@block45legal.com>](mailto:ipinbox@block45legal.com), Larry Graham [<graham@lowegrahamjones.com>](mailto:graham@lowegrahamjones.com), David Lowe [<lowe@lowegrahamjones.com>](mailto:lowe@lowegrahamjones.com), Erik Lund [<elund@whitestone.law>](mailto:elund@whitestone.law), Litigation [<litigation@whitestone.law>](mailto:litigation@whitestone.law), Jessica Johnson [<jessica.johnson@block45legal.com>](mailto:jessica.johnson@block45legal.com)
**Subject:** Re: CAPNA IP CAPITAL LLC v. ROOT SCIENCES LLC - Discovery

Counsel,

What is the status of the initial disclosures and request for production? During our

conferral on Friday, you said you would have them by end of day yesterday. We are yet to receive any documents or communications related to a delay. Do we need to schedule another phone conferral to discuss a motion to compel, pursuant to LCR 37?

Thanks,

**Mark Emde**
**Error! Filename not specified.**
Patent Attorney
Block45 Legal
720-307-2729
**Error! Filename not specified.**

CONFIDENTIALITY NOTICE electronic mail transmission and any attachments contain information belonging to the sender which may be confidential and legally privileged. This information is intended only for the use of the individual or entity to whom this electronic mail transmission was sent as indicated above. If you are not the intended recipient, any disclosure, copying, distribution, or action taken in reliance on the contents of the information contained in this transmission is strictly prohibited. If you have received this transmission in error, please immediately inform me by "reply" email and delete the message. Thank you.

Our services are strictly limited to advisement under State law. All activities related to marijuana are illegal under the federal laws of the United States. Nothing contained herein nor any of our services are intended to assist or facilitate violation of any federal law in any way.

---

**From:** Mark Emde <mark.emde@block45legal.com>
**Date:** Friday, May 3, 2024 at 1:52 PM
**To:** Elsbeth Norman <enorman@whitestone.law>
**Cc:** Joe Zito <jzito@whitestone.law>, Clement Hayes <Clement@block45legal.com>, IP Inbox <ipinbox@block45legal.com>, Larry Graham <graham@lowegrahamjones.com>, David Lowe <lowe@lowegrahamjones.com>, Erik Lund <elund@whitestone.law>, Litigation <litigation@whitestone.law>,

Jessica Johnson <jessica.johnson@block45legal.com>

**Subject:** Re: CAPNA IP CAPITAL LLC v. ROOT SCIENCES LLC - Discovery

Hi Joe,

Thank you for conferring today. We will look for the documents by end of day Monday. Have a good weekend.

Thanks,

**Mark Emde**
**Error! Filename not specified.**
Patent Attorney
Block45 Legal
720-307-2729
**Error! Filename not specified.**

CONFIDENTIALITY NOTICE electronic mail transmission and any attachments contain information belonging to the sender which may be confidential and legally privileged. This information is intended only for the use of the individual or entity to whom this electronic mail transmission was sent as indicated above. If you are not the intended recipient, any disclosure, copying, distribution, or action taken in reliance on the contents of the information contained in this transmission is strictly prohibited. If you have received this transmission

in error, please immediately inform me by "reply" email and delete the message. Thank you.

Our services are strictly limited to advisement under State law. All activities related to marijuana are illegal under the federal laws of the United States. Nothing contained herein nor any of our services are intended to assist or facilitate violation of any federal law in any way.

---

**From:** Elsbeth Norman <enorman@whitestone.law>
**Date:** Friday, May 3, 2024 at 8:43 AM
**To:** Mark Emde <mark.emde@block45legal.com>
**Cc:** Joe Zito <jzito@whitestone.law>, Clement Hayes <Clement@block45legal.com>, IP Inbox <ipinbox@block45legal.com>, Larry Graham <graham@lowegrahamjones.com>, David Lowe <lowe@lowegrahamjones.com>, Erik Lund <elund@whitestone.law>, Litigation

<[litigation@whitestone.law](mailto:litigation@whitestone.law)>,
Jessica Johnson
<[jessica.johnson@block45legal.com](mailto:jessica.johnson@block45legal.com)>

**Subject:** Re: CAPNA IP CAPITAL LLC v. ROOT SCIENCES LLC - Discovery

Hi Mark,

11:30 EST works for us, thank you.

Elsbeth Norman
Paralegal
Whitestone Law, PLLC
1850 Towers Crescent Plaza | Suite 550
Tysons, VA 22182
T: +1 (703) 261-9101
F: +1 (703) 890-9418

On Fri, May 3, 2024 at 10:38 AM Mark Emde <[mark.emde@block45legal.com](mailto:mark.emde@block45legal.com)> wrote:

> Hi Joseph,
>
> Let's do 11:30

EST/9:30 MST. I'll send a calendar invite. Please let me know if we need to shift.

Thanks,

**Mark Emde**
**Error!**
**Filename not**
**specified.**
Patent Attorney
Block45 Legal
720-307-2729
**Error!**
**Filename not**
**specified.**

CONFIDENTIALITY NOTICE electronic mail transmission and any attachments contain information belonging to the sender which may be confidential and legally privileged. This information is intended only for the use of the individual or entity to whom this electronic mail transmission was sent as indicated above. If you are not the intended recipient, any disclosure, copying, distribution, or action taken in reliance on the contents of the information contained in this transmission is strictly prohibited. If you have received this transmission in error, please immediately inform me by "reply" email and delete the message. Thank you.

Our services are strictly limited to advisement under State law. All activities related to marijuana are illegal under the federal laws of the United States. Nothing contained herein nor any of our services are intended to

assist or facilitate violation of any federal law in any way.

---

**From:** Joe Zito [<jzito@whitestone.law>](mailto:jzito@whitestone.law)
**Date:** Thursday, May 2, 2024 at 4:22 PM
**To:** Mark Emde <[mark.emde@block45legal.com](mailto:mark.emde@block45legal.com)>
**Cc:** Clement Hayes <[Clement@block45legal.com](mailto:Clement@block45legal.com)>, IP Inbox <[ipinbox@block45legal.com](mailto:ipinbox@block45legal.com)>, Larry Graham <[graham@lowegrahamjones.com](mailto:graham@lowegrahamjones.com)>, David Lowe <[lowe@lowegrahamjones.com](mailto:lowe@lowegrahamjones.com)>, Erik Lund [<elund@whitestone.law>](mailto:elund@whitestone.law), Litigation [<litigation@whitestone.law>](mailto:litigation@whitestone.law), Jessica Johnson <[jessica.john](mailto:jessica.john)

son@block45
legal.com>
**Subject:** Re:
CAPNA IP
CAPITAL LLC
v. ROOT
SCIENCES
LLC -
Discovery

I am available
tomorrow
after 11am

Joseph J Zito
WHITESTONE
LAW
Washington,
DC
202-466-3500

On Thu, May
2, 2024, 5:41
PM Mark
Emde
<mark.emde
@block45leg
al.com>
wrote:

> Counsel,
>
> We are still
> yet to hear
> from you
> regarding
> initial
> disclosures
> and our first
> request for
> production.
> Per LCR 37,
> we are
> requesting a
> conferral

call to discuss production of disclosure and discovery. Please provide your availability for a call.

Thanks,

**Mark Emde**
**Error! Filename not specified.**
Patent Attorney
Block45 Legal
720-307-2729

**Error! Filename not specified.**

CONFIDENTIALITY NOTICE electronic mail transmission and any attachments contain information belonging to the sender which may be confidential and legally privileged. This information is intended only for the use of the individual or entity to whom this electronic mail transmission was sent as indicated above. If you are not the intended recipient, any disclosure, copying, distribution, or action taken in reliance on the contents of the information contained in this transmission is strictly prohibited. If you have received this

transmission in error, please immediately inform me by "reply" email and delete the message. Thank you.

Our services are strictly limited to advisement under State law. All activities related to marijuana are illegal under the federal laws of the United States. Nothing contained herein nor any of our services are intended to assist or facilitate violation of any federal law in any way.

**From:** Mark Emde <mark.emde@block45legal.com>
**Date:** Tuesday, April 30, 2024 at 3:15 PM
**To:** Joseph J Zito <jzito@whitestone.law>, Clement Hayes <Clement@block45legal.com>, IP Inbox <ipinbox@block45legal.com>, Larry Graham

<graham@lowegrahamjones.com>, David Lowe <lowe@lowegrahamjones.com>, Erik Lund <elund@whitestone.law>, Litigation <litigation@whitestone.law>, Jessica Johnson <jessica.johnson@block45legal.com>

**Subject:** Re: CAPNA IP CAPITAL LLC v. ROOT SCIENCES LLC - Discovery

Counsel,

The first request for production deadline was yesterday and we are yet to have any communication from you

regarding this or our initial disclosures. Please provide the requested discovery requests.

Thanks,

**Mark Emde**
**Error! Filename not specified.**
Patent Attorney
Block45 Legal
720-307-2729
**Error! Filename not specified.**

CONFIDENTIALITY NOTICE electronic mail transmission and any attachments contain information belonging to the sender which may be confidential and legally privileged. This information is intended only for the use of the individual or entity to whom this electronic mail transmission was sent as indicated above. If you are not the intended recipient, any disclosure, copying, distribution, or action taken in reliance on the contents of the information contained in this transmission is strictly prohibited. If you have received this transmission in

error, please immediately inform me by "reply" email and delete the message.  Thank you.

Our services are strictly limited to advisement under State law.  All activities related to marijuana are illegal under the federal laws of the United States.  Nothing contained herein nor any of our services are intended to assist or facilitate violation of any federal law in any way.

**From:** Mark Emde <mark.emde@block45legal.com>
**Date:** Thursday, March 28, 2024 at 4:12 PM
**To:** Joseph J Zito <jzito@whitestone.law>, Clement Hayes <Clement@block45legal.com>, IP Inbox <ipinbox@block45legal.com>, Larry Graham

<[graham@lowegrahamjones.com](mailto:graham@lowegrahamjones.com)>, David Lowe <[lowe@lowegrahamjones.com](mailto:lowe@lowegrahamjones.com)>, Erik Lund [<elund@whitestone.law>](mailto:elund@whitestone.law), Litigation [<litigation@whitestone.law>](mailto:litigation@whitestone.law)

**Subject:** CAPNA IP CAPITAL LLC v. ROOT SCIENCES LLC - Discovery

Counsel,

Please find attached the first request for production.

Thanks,

**Mark Emde Error! Filename not specified.**
Patent Attorney
Block45 Legal
720-307-2729
**Error! Filename**

**not specified.**

CONFIDENTIALITY NOTICE electronic mail transmission and any attachments contain information belonging to the sender which may be confidential and legally privileged. This information is intended only for the use of the individual or entity to whom this electronic mail transmission was sent as indicated above. If you are not the intended recipient, any disclosure, copying, distribution, or action taken in reliance on the contents of the information contained in this transmission is strictly prohibited. If you have received this transmission in error, please immediately inform me by "reply" email and delete the message. Thank you.

Our services are strictly limited to advisement under State law. All activities related to marijuana are illegal under the federal laws of the United States. Nothing contained herein nor any of our services are intended to assist or facilitate violation of any federal law in any way.