The Honorable Thomas S. Zilly

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| CAPNA IP CAPITAL LLC,<br><br>    Plaintiff,<br><br>v.<br><br>ROOT SCIENCES LLC,<br><br>    Defendant. | CASE NO. 23-cv-00282-TSZ<br><br>**MOTION TO COMPEL DISCOVERY AND REQUEST FOR SANCTIONS** |

# EXHIBIT 6

**Subject:** Re: CAPNA IP CAPITAL LLC v. ROOT SCIENCES LLC - Discovery
**Date:** Wednesday, February 14, 2024 at 11:34:41 AM Mountain Standard Time
**From:** Mark Emde
**To:** Joseph J Zito, Clement Hayes, William Kellen, IP Inbox, Larry Graham, David Lowe, Erik Lund, Litigation
**Attachments:** image001.png, image002.png, image001.png, image002.png

Counsel,

We are yet to receive copies of any documents referenced in your 26(a)(1) disclosure. Given the generic nature of the description in the disclosure certificate, Defendant is proceeding under the assumption that your client has affirmed that it possesses no documents which are responsive to the disclosure requirements of FRCP 26(a)(1).

Thanks,



Patent Attorney
Block45 Legal
720-307-2729



CONFIDENTIALITY NOTICE electronic mail transmission and any attachments contain information belonging to the sender which may be confidential and legally privileged. This information is intended only for the use of the individual or entity to whom this electronic mail transmission was sent as indicated above. If you are not the intended recipient, any disclosure, copying, distribution, or action taken in reliance on the contents of the information contained in this transmission is strictly prohibited. If you have received this transmission in error, please immediately inform me by "reply" email and delete the message. Thank you.

Our services are strictly limited to advisement under State law. All activities related to marijuana are illegal under the federal laws of the United States. Nothing contained herein nor any of our services are intended to assist or facilitate violation of any federal law in any way.

---

**From:** Joseph J Zito <jzito@whitestone.law>
**Date:** Wednesday, January 31, 2024 at 10:43 PM
**To:** Mark Emde <mark.emde@block45legal.com>, Clement Hayes <Clement@block45legal.com>, William Kellen <william.kellen@block45legal.com>, IP Inbox <ipinbox@block45legal.com>, Larry Graham <graham@lowegrahamjones.com>, David Lowe <lowe@lowegrahamjones.com>, Erik Lund <elund@whitestone.law>, Litigation <litigation@whitestone.law>
**Subject:** Re: CAPNA IP CAPITAL LLC v. ROOT SCIENCES LLC - Discovery

Documents are being produced this week.

Please see attached FRCP 34(a)(2) Request for Inspection.

Joseph J. Zito
WHITESTONE LAW
Suite 550
1850 Towers Crescent Plaza
Tysons, Virginia 22182
jzito@whitestone.law
202-466-3500

On 1/31/2024 1:54 PM, Mark Emde wrote:

> Dear Counsel,
>
> Please provide copies of any documents referenced in your 26(a)(1) disclosure. Your disclosure has failed to adequately describe any particular category of documents, and fails to identify the location of any such documents entirely. If documents are not provided in short order, then we will assume that your disclosure has affirmatively identified zero documents which your client believes are responsive to the disclosure requirement. Further, a protective order has already been submitted, so please provide documents accordingly.
>
> Thanks,
>
> **Mark Emde** in
> Patent Attorney
> Block45 Legal
> 720-307-2729
>
> 
>
> CONFIDENTIALITY NOTICE electronic mail transmission and any attachments contain information belonging to the sender which may be confidential and legally privileged. This information is intended only for the use of the individual or entity to whom this electronic mail transmission was sent as indicated above. If you are not the intended recipient, any disclosure, copying, distribution, or action taken in reliance on the contents of the information contained in this transmission is strictly prohibited. If you have received this transmission in error, please immediately inform me by "reply" email and delete the message. Thank you.
>
> Our services are strictly limited to advisement under State law. All activities related to marijuana are illegal under the federal laws of the United States. Nothing contained herein nor any of our services are intended to assist or facilitate violation of any federal law in any way.

> **From:** Joseph J Zito <jzito@whitestone.law>
> **Date:** Monday, January 29, 2024 at 6:35 AM
> **To:** Mark Emde <mark.emde@block45legal.com>, Clement Hayes <Clement@block45legal.com>, William Kellen <william.kellen@block45legal.com>, IP Inbox <ipinbox@block45legal.com>, Larry Graham <graham@lowegrahamjones.com>, David Lowe <lowe@lowegrahamjones.com>, Erik Lund <elund@whitestone.law>, Litigation <litigation@whitestone.law>
> **Subject:** Re: CAPNA IP CAPITAL LLC v. ROOT SCIENCES LLC - Initial Disclosure

Joseph J. Zito
WHITESTONE LAW
Suite 550
1850 Towers Crescent Plaza
Tysons, Virginia 22182
jzito@whitestone.law
202-466-3500

On 1/18/2024 6:03 PM, Mark Emde wrote:
> Counsel,
>
> Just bringing this to the top of your inbox, as we haven't received a response regarding your client's initial disclosures.
>
> Thanks,
>
> Mark Emde
> Patent Attorney
> Block45 Legal
> 720-307-2729



> CONFIDENTIALITY NOTICE electronic mail transmission and any attachments contain information belonging to the sender which may be confidential and legally privileged. This information is intended only for the use of the individual or entity to whom this electronic mail transmission was sent as indicated above. If you are not the intended recipient, any disclosure, copying, distribution, or action taken in reliance on the contents of the information contained in this transmission is strictly prohibited. If you have received this transmission in error, please immediately inform me by "reply" email and delete the message. Thank you.
>
> Our services are strictly limited to advisement under State law. All activities related to marijuana are illegal under the federal laws of the United States. Nothing contained herein nor any of our services are intended to assist or facilitate violation of any federal law in any way.

> **From:** Mark Emde <mark.emde@block45legal.com>
> **Date:** Monday, January 8, 2024 at 11:49 AM
> **To:** Clement Hayes <Clement@block45legal.com>, William Kellen <william.kellen@block45legal.com>, IP Inbox <ipinbox@block45legal.com>, Larry Graham <graham@lowegrahamjones.com>, David Lowe <lowe@lowegrahamjones.com>, Erik Lund <elund@whitestone.law>, Litigation <litigation@whitestone.law>, Joseph J Zito <jzito@whitestone.law>
> **Subject:** CAPNA IP CAPITAL LLC v. ROOT SCIENCES LLC - Initial Disclosure

Counsel,

Just a reminder that we provided our disclosures on November 10, 2023, please advise when you will be providing your disclosures.

Thanks,



Patent Attorney
Block45 Legal
720-307-2729



CONFIDENTIALITY NOTICE electronic mail transmission and any attachments contain information belonging to the sender which may be confidential and legally privileged. This information is intended only for the use of the individual or entity to whom this electronic mail transmission was sent as indicated above. If you are not the intended recipient, any disclosure, copying, distribution, or action taken in reliance on the contents of the information contained in this transmission is strictly prohibited. If you have received this transmission in error, please immediately inform me by "reply" email and delete the message. Thank you.

Our services are strictly limited to advisement under State law. All activities related to marijuana are illegal under the federal laws of the United States. Nothing contained herein nor any of our services are intended to assist or facilitate violation of any federal law in any way.