UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

GLOBAL IP HOLDINGS LLC,

         Plaintiff,

v.

ROOT SCIENCES LLC,

         Defendant.

C23-0282 TSZ

MINUTE ORDER

The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

(1) Plaintiff Capna IP Capital's unopposed motion, docket no. 36, to substitute Global IP Holdings LLC, assignee of the patents-in-suit, as plaintiff pursuant to Federal Rule of Civil Procedure 25(c), is GRANTED. The Clerk is DIRECTED to update the docket accordingly, and all future filings in this matter shall be captioned in the same manner as this Minute Order.

(2) Plaintiff Global IP Holdings LLC shall file a corporate disclosure statement, as required by Local Civil Rule 7.1, within seven (7) days of the date of this Minute Order.

(3) Defendant Root Sciences LLC's motion, docket no. 34, to compel and for sanctions is GRANTED in part and DENIED in part as follows. The Court concludes that plaintiff has not responded in a timely fashion to defendant's discovery requests. Within thirty (30) days of the date of this Minute Order, plaintiff shall, to the extent it has not already done so, provide complete responses to all discovery requests propounded by defendant on or before April 30, 2024. Any materials not timely produced in accordance with this Minute Order may not be used by plaintiff in connection with dispositive motion practice or at trial. Pursuant to Federal Rule of Civil Procedure 37(a)(5)(A), defendant is awarded $5,000 in attorney's fees and costs, which plaintiff shall pay within fourteen (14) days from the date of this Minute Order. Defendant's motion is otherwise denied.

MINUTE ORDER - 1

(4) Having reviewed the parties' Joint Status Report, docket no. 37, the Court hereby SETS the following dates and deadlines:

| **JURY TRIAL DATE (5 days)** | **March 3, 2025** |
|---|---|
| Disclosure of expert testimony | August 8, 2024 |
| Discovery motions filing deadline | October 3, 2024 |
| Discovery completion deadline | November 8, 2024 |
| Dispositive motions filing deadline | December 12, 2024 |
| Deadline for filing motions related to expert testimony (*e.g.*, Daubert motions) | December 19, 2024 |
| Motions in limine filing deadline | January 30, 2025 |
| Agreed pretrial order due | February 14, 2025 |
| Trial briefs, proposed voir dire questions, and jury instructions due | February 14, 2025 |
| Pretrial conference | February 21, 2025 at 10:00 a.m. |

All other dates and deadlines contained in the Minute Order Setting Trial Date and Related Dates, docket no. 19, have expired; however, the provisions of the Minute Order Setting Trial and Related Dates, docket no. 19, concerning any alteration of the case schedule and the need for counsel to be prepared to commence trial on the date set, the agreed pretrial order and the form of the exhibit list to be included therein, the numbering of trial exhibits, and immediate communication to the Court of any settlement, remain in full force and effect.

(5) The Clerk is directed to send a copy of this Minute Order to all counsel of record.

Dated this 2nd day of July, 2024.

Ravi Subramanian  
Clerk

s/Laurie Cuaresma  
Deputy Clerk

MINUTE ORDER - 2