UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| GLOBAL IP HOLDINGS LLC,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>ROOT SCIENCES LLC,<br><br>　　　　　Defendant. | C23-0282 TSZ<br><br>MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

(1) The unopposed motion, docket no. 41, brought by David Lowe and Lawrence Graham of Lowe Graham Jones PLLC for leave to withdraw as local counsel of record for plaintiff Global IP Holdings LLC ("Global IP"), is GRANTED. David Lowe, Lawrence Graham, and the firm of Lowe Graham Jones PLLC are granted leave to withdraw as local counsel of record for Global IP, effective immediately.

(2) Joseph Zito of DNL Zito remains counsel of record for Global IP, but Zito is admitted to practice before this Court only on a pro hac vice basis. Pursuant to Local Civil Rule 83.1(d), Zito must associate with an attorney admitted to the bar of this Court who has a physical office within the geographic boundaries of the Western District of Washington. Zito shall make arrangements for a substitute local counsel to file a notice of appearance within fourteen (14) days of the date of this Minute Order. Absent the filing of such notice of appearance, the Court will revoke Zito's pro hac vice status, leaving plaintiff without counsel. Because Global IP is a business entity, it may not represent itself, and both Zito and Global IP are hereby ADVISED that failure to timely retain substitute local counsel might result in the dismissal of Global IP's claims. *See* LCR 83.2(b)(4).

MINUTE ORDER - 1

(3)     Global IP's Corporate Disclosure Statement, docket no. 42, lists three individuals who are members of the limited liability company, as well as a family trust, but it does not identify the trustee of the trust or the citizenship of the trustee.  Global IP is DIRECTED to file a corrected Corporate Disclosure Statement within fourteen (14) days of the date of this Minute Order.

(4)     The Clerk is directed to send a copy of this Minute Order to all counsel of record.

Dated this 16th day of August, 2024.

Ravi Subramanian<br>
Clerk

s/Laurie Cuaresma<br>
Deputy Clerk

MINUTE ORDER - 2